FILED: June 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1200
(20-0098 BLA)
_____

CONSOLIDATION COAL COMPANY

      Petitioner

v.

CLINTON MOORE, deceased; ARLEY MOORE, widow; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

      Respondents

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for attorney's fees, the court awards attorney's fees to Respondent, Arley Moore, widow of Clinton Moore, in the amount of $7,912.50.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk